```
                  IN THE UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION


NA-PETUH MOORISH SCIENCE TEMPLE, *
THE ABORIGINAL LAW FIRM, et al.,
                                  *
          Plaintiffs,
                                  *
vs.
                                  *      CASE NO. 3:10-CV-15 (CDL)
WILLIAM MORGAN, et al.,
                                  *
          Defendants.
                                  *
```

<u>ORDER ON RECOMMENDATION</u>


     This matter is before the Court pursuant to a Recommendation of
the United States Magistrate Judge entered on July 21, 2010.  None of
the parties has filed an objection to this Recommendation as
permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews
the Recommendation for plain error.  Finding no plain error or
manifest injustice, the Court adopts the Recommendation of the
Magistrate Judge and makes it the order of this Court.

     IT IS SO ORDERED, this 14th day of September, 2010.


                                   S/Clay D. Land
                                     CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE