```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

NA-PETUH MOORISH SCIENCE         *
TEMPLE, et al.,
                                 *
      Plaintiffs
vs.                              *
                                      CASE NO. 3:10-CV-15 (CDL)
Sgt. WILLIAM MORGAN, et al.,     *

      Defendants                 *

## ORDER ON RECOMMENDATION

   This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on September 1, 2011. No objection has been filed to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

   IT IS SO ORDERED, this 23rd day of September, 2011.

                                   s/Clay D. Land
                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE