```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION


NEBU RE-EL BEY, Aboriginal Law    *
Jurist,
                                  *
         Plaintiff,
                                  *
vs.
                                  *       CASE NO. 3:10-CV-15 (CDL)
WILLIAM MORGAN, et al.,
                                  *
         Defendants.
                                  *
```

ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on October 12, 2011. None of the parties has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1) and, therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 8th day of November, 2011.

```
                        S/Clay D. Land
                        CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE
```